**No. 56493.**—W. T. Grant Co., Inc. *v.* United States, protest 921170–G (C) (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of gloves made in chief value of woven cotton fabric the same in all material respects as those the subject of *May Co. et al.* v. *United States* (25 C. C. P. A. 227, T. D. 49336), the claim of the plaintiff was sustained.

**No. 56494.**—United States Raw Skins Corp. et al. *v.* United States, protests 95898–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333), the claim at 50 percent under paragraph 915, plus the additional duty under paragraph 924, was sustained.   Other items of the merchandise, stipulated to be similar to the knit fabric passed upon in Abstract 51342, were held dutiable at 35 percent under paragraph 914, plus the additional duty under said paragraph 924.